

**ORDERED in the Southern District of Florida on February 10, 2015.**

_____
**A. Jay Cristol, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                                Case No. 14-21825-AJC

Mailen Alfonso,                                                              Chapter 7


                        Debtor.
_____/

**AGREED[1] ORDER GRANTING: TRUSTEE'S SECOND MOTION TO COMPEL: A) SURRENDER AND TURNOVER OF DEBTOR'S SALE PROCEEDS; AND PRODUCE DOCUMENTS; AND; B) ORDER TO SHOW CAUSE**

This matter came on before the Court on *Trustee's Second Motion To Compel: A) Surrender and Turnover Of Debtor's Sale Proceeds; and Produce Documents; and, B) Order To Show Cause* (DE#51) ["Motion"], and the Court, having reviewed the file and Motion, finding good cause shown, and noting the agreement to the form of this Order, does

ORDER that:

---
[1] Entry of this Order cancels the hearing (DE#53) scheduled for February 10th, 2015, at 11:00 a,m. on this matter.

1. The Motion (DE#51) is GRANTED; as more fully set forth herein-below.

2. The Debtor shall surrender and turnover to the Trustee the $1,500.00 in sale proceeds from the sale of the property located at 7920 SW 15 St, Miami, FL 33144 ("7920 Property"), including all future and post-petition monies collected by the Debtor and an accounting of any sale proceeds collected regarding the 7920 Property to the Trustee within fourteen (14) days from the date of entry of this Order.

3. The Debtor shall also produce to the Trustee all documents evidencing the receipt and disposition of the Debtor's 2013 Tax Refund within fourteen (14) days from the date of entry of this Order.

###

Submitted by:
Jessica Less, Esq.

Copies to (*via* ecf in pdf format):
- Drew M Dillworth    ddillworth@swmwas.com, ddillworth@ecf.epiqsystems.com;marocha@stearnsweaver.com
- Jessica A Less    jessica@title11law.com
- James B Miller    bkcmiami@gmail.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

(Attorney Less shall serve, *via* US Mail, a conformed copy of this Order upon the Debtor, and file a certificate of service)

2