UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                    Case No. 14-21825-AJC

Mailen Alfonso,                                           Chapter 7

        Debtor.
_____/

**TRUSTEE'S THIRD MOTION TO COMPEL: 1) DEBTOR'S ATTENDANCE AT 2004 EXAMINATION; AND 2) FOR REIMBURSEMENT OF FEES AND COSTS**

Drew M. Dillworth, the duly-appointed and permanent Chapter 7 Trustee, by and through undersigned counsel, files and serves this the *Trustee's Second Motion To Compel: 1) Debtor's Attendance At 2004 Examination; And 2) For Reimbursement of Fees and Costs* ("Motion"), and states the following in support thereof:

1. Mailen Alfonso, (the "Debtor") filed an individual voluntary petition in bankruptcy under Chapter 7 of Title 11 of the United States Code on the 23rd day of May, 2014.

2. The Trustee scheduled the Debtor's First Rule 2004 Examination *duces tecum* [DE#22] on November 10th, 2014 at 2:00 p.m., and Debtor failed to appear. See *Certificated of Non Appearance* (DE#60).

3. The Trustee re-noticed the Debtor's Rule 2004 Examination *Duces Tecum* for January 2nd, 2015 at 2:00 p.m [DE#. However, the Debtor did not produce any and all documents reflecting the receipt and disposition of the $1,500.00 ["Sale Proceed"] collected from the closing sale of the property 7920 SW 15 St. Miami, FL 33144. Therefore, the Trustee canceled the examination.

4. Thereafter, the Trustee set the Debtor's Third Rule 2004 examination [DE#40] for January 6th, 2015; in which the Debtor did appear, yet failed to provide a professional translator. Therefore, the Trustee

once again had to reschedule the Debtor's examination to a mutual date and time.

5. The Trustee filed his fourth Notice of Taking Debtor's Rule 2004 examination [DE#47], and once again the Debtor failed to appear. See *Certificate of Non Appearance* (DE#59).

6. The Trustee has been unable to conclude his due diligence and otherwise appropriately administer this case without the cooperation of the Debtor.

7. Debtor has otherwise been uncooperative and unwilling to appear at her 2004 examination, and has frustrated the Trustee in his effort to conclude his due diligence and administer this Estate.

8. The Trustee requests that the Court direct the Debtor to appear at her 2004 examination, and reimburse the Trustee and Trustee for all fees and costs to the Trustee's counsel for the repeated failure to appear and produce documents, sanction Debtor appropriately and otherwise enter an order show cause why the Debtor should not be severely sanction and have her discharge denied and otherwise deny Debtor's claimed exemptions as well.

**WHEREFORE,** the Trustee requests entry of an order granting this *Motion to Compel: 1) Debtor's Attendance at 2004 Examination; and 2) For Reimbursement of Fees and Costs,* and for such other relief this Court deems equitable and just.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of this *Motion* has been served *via* United States mail this 27th, day of February, 2015, upon Mailen Alfonso (Debtor) at 2443 West 73 PL, Hialeah, FL 33016; and, *via* ecf in pdf format upon those named below:

- **Drew M Dillworth**    ddillworth@swmwas.com, ddillworth@ecf.epiqsystems.com;marocha@stearnsweaver.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov

## CERTIFICATE OF ADMISSION

**I HEREBY CERTIFY** that I am admitted to the Bar for the District Court in and for the Southern District of Florida, and am duly-qualified to practice before this Court as set forth in Local Rule 2090-1(A).

Respectfully submitted this 27th, day of February, 2015.

Trustee's Counsel
19 West Flagler Street, Suite 907
Miami, FL 33130
Tel. No. (305) 374-0200
Fax. No. (305) 373-8810
Email: jbm@title11law.com


_____/s/_____
JAMES B. MILLER, ESQ.
Florida Bar No. 0009164

3