Page 1

THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:   MAILEN ALFONSO              CASE NO.:   14-21825-AJC
                                     Chapter 7
         Debtor.
_____/

CERTIFICATE OF NON-APPEARANCE

DEPOSITION OF:   Mailen Alfonso
DATE:            Monday, November 10, 2014
TIME:            2:00 - 2:30 p.m.
PLACE:           James B. Miller, P.A.
                 19 West Flagler Street, Suite 416,
                 Miami, Florida 33130

CERTIFICATE OF REPORTER

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

   I, Teresa H. Miranda, Court Reporter and Notary Public, for the State of Florida at Large, do hereby certify that I did, at the time and place above designated, appear for the purpose of recording the deposition of Mailen Alfonso; that I waited in the presence of Jessica Less, Esq., attorney for the Trustee, from 2:00 p.m. to 2:30 p.m. at which time I was excused by Ms. Less because of nonattendance by the said deponent.

WITNESS my hand and official seal this 10th day of November, 2014.

_____
Teresa H. Miranda
Commission No. EE 091692
My Commission Expires:  May 09, 2015