

**ORDERED in the Southern District of Florida on April 2, 2015.**

*[signature]*

**A. Jay Cristol, Judge
United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                   Case No. 14-21825-AJC

Mailen Alfonso,                          Chapter 7

    Debtor.
_____/

### ORDER GRANTING TRUSTEE'S THIRD MOTION TO COMPEL
### 1) DEBTOR'S ATTENDANCE AT 2004 EXAMINATION, AND
### 2) FOR REIMBURSEMENT OF FEES AND COSTS

This matter came on before the Court on March 31st, 2015 at 2:00 p.m., for hearing on the *Trustee's Third Motion To Compel: 1) Debtor's Attendance At 2004 Examination; and 2) for Reimbursement of Fees And Costs* (DE#61) ["Motion"]. The Court, having reviewed the Motion and the record herein, having heard argument of the Trustee's counsel, and noting the Debtor's nonappearance at the hearing, finding good cause shown, it is

ORDERED AND ADJUDGED:

1. The Motion (DE#61) is GRANTED as more fully set forth herein below.

2. The Debtor shall first appear at the Trustee's counsel's office for an informal interview regarding matters pertinent to this Case.

    3. Should the Trustee thereafter decide that a Rule 2004 Examination is necessary, in the Trustee's discretion, the Debtor shall then appear, with a certified interpreter to interpret at the 2004 Examination.

# # #

Submitted by:
James B. Miller, Esq.

Copies via CM/ECF NEF to:
• **Drew M Dillworth** ddillworth@swmwas.com   ddillworth@ecf.epiqsystems.com marocha@stearnsweaver.com
• **Office of the US Trustee** USTPRegion21.MM.ECF@usdoj.gov

(Attorney Miller is directed to serve a conformed copy of this Order, immediately upon receipt of same from the Court, upon Debtor, and file a certificate of service as to same)