UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                              Case No. 14-21825-AJC
                                                                                        Chapter 7

Mailen Alfonso,

    Debtor.
_____/

**AMENDED[1] CERTIFICATE OF SERVICE OF: NOTICE OF HEARING ON MOTION TO COMPROMISE CONTROVERSY WITH TRUSTEE AND DEBTOR**

    Drew M Dillworth, the Chapter 7 Trustee ("Trustee") of the bankruptcy estate of Mailen Alfonso, (the "Debtor"), by and through undersigned counsel, files this Certificate and certifies that a true and correct copy of this Court's above-referenced Notice of Hearing (DE#75), dated September 1st, 2015, was served via ECF Service in PDF format upon those named on the ECF service list below on September 1st, 2015 and via US Mail on the 4th day of September, 2015 upon: Mailen Alfonso, 2443 West 73 Pl., Hialeah, FL. 33016; and, via US Mail upon those listed on the attached mailing list on the 9th day of September, 2015.

- **Drew M Dillworth**   ddillworth@swmwas.com, ddillworth@ecf.epiqsystems.com;marocha@stearnsweaver.com
- **Jessica A Less**   jessica@title11law.com
- **James B Miller**   bkcmiami@gmail.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov

    **I HEREBY CERTIFY** that I am admitted to the Bar for the District Court in and for the Southern District of Florida and am in compliance with the additional qualifications to practice before this Court as set forth in Local Rule 2090-1(A).

    Dated: September 10th, 2015.

                                                      JAMES B. MILLER, PA
                                                      19 West Flagler Street, Suite 416
                                                      Miami, FL 33130
                                                      Tel. No. (305) 374-0200
                                                      Fax. No. (305) 374-0250
                                                      email: jbm@title11law.com

                                                      _____/s/_____
                                                      JAMES B. MILLER, ESQ.
                                                      Fla. Bar No. 0009164

---

[1] To include U.S. service list.