| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 14-21825-AJC<br>Southern District of Florida<br>Miami<br>Mon Aug 31 17:22:30 EDT 2015 | Allgate Financial Llc<br>130 S Jefferson St Ste 1<br>Chicago, IL 60661-3626 | Amex Dsnb<br>9111 Duke Blvd<br>Mason, OH 45040-8999 |
| Bk Of Amer<br>4060 Ogletown/stanton Rd<br>Newark, DE  19713 | Cach, Llc<br>4340 S Monaco St Unit 2<br>Denver, CO 80237-3408 | Capital Management Services LP<br>726 Exchange St Ste. 700<br>Buffalo, NY 14210-1464 |
| Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chase Manhattan Mtge<br>Po Box 24696<br>Columbus, OH 43224-0696 | Chld/cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 |
| Citi<br>Pob 6241<br>Sioux Falls, SD 57117-6241 | Dsnb Macys<br>Po Box 8218<br>Mason, OH 45040-8218 | Gecrb/brandsmart<br>Po Box 981439<br>El Paso, TX 79998-1439 |
| Gecrb/jcp<br>Po Box 965007<br>Orlando, FL 32896-5007 | Gecrb/kirklands<br>4125 Windward Plaza<br>Alpharetta, GA 30005-8738 | Gecrb/old Navy<br>4125 Windward Plaza<br>Alpharetta, GA 30005-8738 |
| Gecrb/rooms To Go<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 | Gecrb/tjx Cos Dc<br>Po Box 965015<br>Orlando, FL 32896-5015 | Kohls/capone<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051-7096 |
| Midland Credit Management,<br>P.O. Box 60578<br>Los Angeles, CA 90060-0578 | Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123-2255 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Portfolio Recovery Ass<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502-4962 | RAB INC<br>P.O. Box 1022<br>Wixom, MI 48393-1022 | Sears/cbna<br>Po Box 6189<br>Sioux Falls, SD 57117-6189 |
| Sears/cbna<br>Po Box 6282<br>Sioux Falls, SD 57117-6282 | Sears/cbna<br>Po Box 6283<br>Sioux Falls, SD 57117-6283 | Space Coast<br>P.O. Box 31021<br>Tampa, FL 33631-3021 |
| Td Bank Usa/targetcred<br>Po Box 673<br>Minneapolis, MN 55440-0673 | Vision Financial Collection<br>P.O. Box 900<br>Purchase, NY 10577-0900 | Wachovia Mort Corp<br>C/O Ben-Ezra & Katz, P.A.<br>2901 Stirling Rd. Ste. 300<br>Ft. Lauderdale, FL 33312-6529 |

```
Drew M Dillworth                        Mailen Alfonso
2200 Museum Tower                       2443 West 73 Pl
150 West Flagler St                     Hialeah, Fl 33016-6510
Miami, FL 33130-1536
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Miami                                End of Label Matrix
                                        Mailable recipients    31
                                        Bypassed recipients     1
                                        Total                  32
```