UNITED STATE BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION
www.flsb.uscourts.gov

In re:                                                          Case No. 14-21825-AJC

MAILIN ALFONSO,                                                 Chapter 7

      Debtor(s).
_____/

**NOTICE OF VOLUNTARY FEE REDUCTION**

The undersigned, Chapter 7 Trustee, hereby certifies that general counsel to the estate has agreed to further reduce his request for compensation [ECF No. 90] from $11,605 to $7,000.

Dated: May 9, 2017

                DREW M. DILLWORTH, TRUSTEE
                150 West Flagler Street
                2200 Museum Tower Building
                Miami, Florida  33130
                Telephone:     (305) 789-3598
                Facsimile:     (305) 789-3395

                By /s/Drew M. Dillworth
                    DREW M. DILLWORTH
                    ddillworth@stearnsweaver.com